IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALVADOR M. RENTERIA,

    Petitioner,

  v.

DERRAL G. ADAMS,

    Respondent.

          No. C 08-5325 CRB

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

On January 11, 2011, this Court denied Petitioner's habeas petition. Petitioner has now filed a Request for Certificate of Appealability under 28 U.S.C. § 2253(c).

A certificate of appealability is DENIED because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this Order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

DATED: February 14, 2011

CHARLES R. BREYER
United States District Judge

G:\CRBALL\2008\5325\Order denying COA.wpd

1